JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RUTHERFORD, an individual,<br><br>Plaintiff,<br><br>v.<br><br>3C LLC, an Hawaiian limited liability company; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 8:20-cv-01869-AB-E<br><br>[~~PROPOSED~~] ORDER DISMISSAL WITH PREJUDICE |

Pursuant to the Parties' Stipulation for Dismissal with Prejudice, the Court hereby DISMISSES WITH PREJUDICE Plaintiff's Complaint in this action, in its entirety. Each party to bear their own costs and attorneys' fees.

IT IS SO ORDERED.

DATED: April 01, 2021

_____
ANDRE BIROTTE JR.
UNITED STATES DISTRICT JUDGE